HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.allison@fd.org

Attorneys for Defendant
ANGELINA C. JENKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-PO-00540-AC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: January 29, 2018 |
| ANGELINA C. JENKINS, | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Allison Claire |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ERIC J. CHANG and Assistant Federal Defender LINDA C. ALLISON, attorney for ANGELINA C. JENKINS, that the status conference hearing set for January 29, 2018 be continued to March 12, 2018 at 9:00 a.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 25, 2018
*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
ANGELINA C. JENKINS

-1-

| | | |
|---|---|---|
| Dated: January 25, 2018 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Eric J. Chang*<br>ERIC J. CHANG<br>Special Assistant United States Attorney |

## ORDER

IT IS HEREBY ORDERED that the status conference hearing set for January 29, 2018 at 9:00 a.m. be continued to March 12, 2018 at 9:00 a.m.

Dated: January 25, 2018

                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE