1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, # 179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   ANGELINA C. JENKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No.  2:17-po-0540-AC |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PRESENCE |
| | Date: June 11, 2018 |
| | Time: 9:00 a.m. |
| ANGELINA C. JENKINS, | Judge: Hon. Allison Claire |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, ANGELINA JENKINS, hereby waives the right to be present in person in open court at her status conference on June 11, 2018.  Ms. Jenkins is a 100% disabled veteran and provides care for her children.  She is a domestic violence victim and has left her abuser to protect herself and her children.  She asks that the Court proceed during her absence on June 11, 2018, and permit her counsel to appear in the matter and set dates without her presence.  She agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if she was personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

Ms. Jenkins further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and dates under that Act without her personal presence.

Dated: June 7, 2018

/s/ Angelina Jenkins
(Defendant)
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: June 7, 2018

*/s/ Rachelle Barbour for*

LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated: June 11, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE