HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.allison@fd.org

Attorneys for Defendant
ANGELINA C. JENKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-PO-00540-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| v. | ) CONTINUE STATUS CONFERENCE |
| ANGELINA C. JENKINS, | ) DATE: September 24, 2018 |
| Defendant. | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ERIC J. CHANG and Assistant Federal Defender LINDA C. ALLISON, attorney for ANGELINA C. JENKINS, that the bench trial set for September 24, 2018 be continued to November 13, 2018 at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

-1-

| | |
|---|---|
| 1 | The reason for this continuance is because defense counsel will be in Baton Rouge for the trial which was reset after a death in the prosecutor's family. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 26, 2018
*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
ANGELINA C. JENKINS


Dated: July 26, 2018
McGREGOR W. SCOTT
United States Attorney


*/s/ Eric J. Chang*
ERIC J. CHANG
Special Assistant United States Attorney


**ORDER**

IT IS HEREBY ORDERED that the bench trial for September 24, 2018 at 9:00 a.m. be continued to November 13, 2018 at 9:00 a.m.


Dated: July 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE