McGREGOR W. SCOTT
United States Attorney
ERIC J. CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-PO-00540-CKD |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE TRIAL |
| v. | DATE: November 13, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Carolyn K. Delaney |
| ANGELINA C. JENKINS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled a court trial to begin on November 13, 2018 at 9:00 a.m. By this stipulation, the parties now jointly move to continue the court trial to January 22, 2019 at 9:00 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 11, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ *Eric J. Chang*<br>ERIC J. CHANG<br>Special Assistant U.S. Attorney |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL

1

Dated: October 11, 2018          /s/ *Eric J. Chang for*
                                 LINDA ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 Angelina C. Jenkins

                                 By agreement via email

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the court trial currently scheduled for November 13, 2018 at 9 a.m. is continued to January 22, 2019 at 9 a.m.

Dated: October 11, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE